# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LOUM ALION**, | ) |
| Petitioner, | ) |
| v. | ) Civil Action Number: |
| | ) **4:17-cv-0155-AKK-JEO** |
| **SCOTT HASSELL, Sheriff of Etowah County Detention Center,** *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondent's Motion to Dismiss Petition as Moot. Doc. 8. In the motion, Respondent notes Petitioner was removed from the United States on March 4, 2017. *See* docs. 8 at 1; 8-1. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondent's motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** the 10th day of March, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE